

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00187-CR

**CHARLES DAVID GUINN,**

                                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                                **Appellee**

---

**From the 220th District Court**
**Hamilton County, Texas**
**Trial Court No. CR07737**

---

## MEMORANDUM  OPINION

---

Appellant has filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).

We have not issued a decision in this appeal, and Appellant personally signed the

motion.  The motion is granted, and the appeal is dismissed.


                                                            REX D. DAVIS
                                                            Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed August 7, 2014
Do not publish
[CR25]